UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRED L. BARRETT, AS TRUSTEE FOR GRACE DEVELOPMENT COMPANY,<br><br>Appellant,<br><br>v.<br><br>ROBBYE R. WALDRON, CHAPTER 7 TRUSTEE,<br><br>Appellee. | § § § § § § § § § § § § § CIVIL ACTION NO. H-06-3942<br>(On appeal from Adversary No. 04-8012 before the United States Bankruptcy Court for the Southern District of Texas) |

## MEMORANDUM AND ORDER

Pending before the Court is an Emergency Motion to Stay the Sale of Property (Doc. No. 8) filed on behalf of a corporate entity. The Motion was filed by an individual not authorized to practice law. For that reason, the motion is **STRICKEN**.

As to the merits of the Motion, it must be **DENIED** because of the failure first to ask the Bankruptcy Court for a stay, and also because no appeal was timely filed from the order sought to be stayed.

The appeal is **DISMISSED**.

**IT IS SO ORDERED.**

**SIGNED** this 16th day of May, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT